

## MEDIATION REFERRALS

The following case has been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2005–0068.   State ex rel. Cincinnati Enquirer v. Adcock.**
Hamilton App. No. C–040064, 2004-Ohio-7130.